UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:15CR012 |
| CHRISTOPHER CORNELL, | : | Senior Judge Beckwith<br>Magistrate Judge Bowman |
| Defendant, | : | |

## MOTION FOR ORDER TO SHOW CAUSE

Now comes the Defendant, CHRISTOPHER CORNELL, by and through counsel, and hereby moves the Court to issue an Order to (1) Tricia Mackey, WXIX Fox News Reporter, (2) WXIX Fox News, and (3) the Boone County Jail to appear and show cause as to why each should not be held in contempt of this Court's Order.

This Court issued an Order on January 16, 2015 prohibiting outside contact with Mr. Cornell at the jail without the express consent of Mr. Cornell's counsel. Undersigned counsel has been advised that the above named reporter and WXIX Fox News had contact with Mr. Cornell via telephone within the past 24 hours and interviewed Mr. Cornell regarding the facts underlying the criminal case currently pending before this Court. Counsel for Mr. Cornell did not authorize this interview, and in fact, specifically informed Ms. Mackey that the interview was not authorized and reminded Ms. Mackey of the existence of this Court's Order.

Mr. Cornell is being housed at the Boone County Jail, and undersigned counsel was informed by the United States Marshal's Service that the Boone County Jail was informed of the contents of this Court's Order.

Based on the foregoing, Mr. Cornell requests that the Court issue an Order to show cause as to why the above named persons/entities should not be held in contempt of court. Further, Mr. Cornell requests that the Court issue a temporary injunction prohibiting WXIX Fox News from playing any report regarding the interview of Mr. Cornell on the 10 p.m. news.

Respectfully submitted,

*s/ Richard Smith-Monahan*
Richard Smith-Monahan (0065648)
First Assistant Federal Public Defender
250 E. 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Jonathan Davis

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Tim Mangan, Assistant United States Attorney, via Electronic Case Filing, on this 5th day of February, 2015.

*s/ Richard Smith-Monahan*
Richard Smith-Monahan