### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-CR-00012-SSB |
| Plaintiff, | : | Judge BECKWITH |
| v. | : | |
| CHRISTOPHER LEE CORNELL, | : | |
| Defendant. | : | |

### MOTION TO DETERMINE COMPETENCY OF THE DEFENDANT

Now comes defendant, Christopher Lee Cornell, by and through counsel, and respectfully moves this Court pursuant to 18 U.S.C. § 4241 (a) for a hearing to determine his mental competency. There is reasonable cause to believe that Mr. Cornell may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense. The defense will request permission from this Court to file a Competency to Stand Trial Report separately under seal.

    Respectfully submitted,

    /s/ Candace C. Crouse
MARTIN S. PINALES (Ohio Bar No. 0024570)
CANDACE C. CROUSE (Ohio Bar No. 0072405)
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2750
(513) 252-2751
mpinales@pinalesstachler.com
ccrouse@pinalesstachler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via this Court's electronic filing system on all counsel of record on this 3rd day of November, 2015.

/s/ Candace C. Crouse
CANDACE C. CROUSE (0072405)