# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-CR-00012-SSB |
| Plaintiff, | : | Judge BECKWITH |
| v. | : | |
| CHRISTOPHER LEE CORNELL, | : | |
| Defendant. | : | |

### SECOND MOTION FOR EXTENSION OF TIME
### TO FILE *EX PARTE* THEORY OF THE DEFENSE
### AND MOTION TO CONTINUE *EX PARTE* CONFERENCE

Now comes defendant, Christopher Lee Cornell, by and through counsel, and respectfully moves this Court for an extension of time to file his *ex parte* theory of the defense and to continue the *ex parte* conference, both scheduled for November 9, 2015. The defense has just filed a Motion to Determine Competency of Defendant pursuant to 18 U.S.C. § 4241 (a). The defense requests that this Court indefinitely continue the deadline for the defense to file his *ex parte* theory of the defense until after Mr. Cornell's competency to stand trial has been determined.

                                                                                   Respectfully submitted,

                                                                                   /s/ Candace C. Crouse
                                                                                   MARTIN S. PINALES (Ohio Bar No. 0024570)
                                                                                   CANDACE C. CROUSE (Ohio Bar No. 0072405)
                                                                                   Pinales, Stachler, Young, Burrell & Crouse Co., LPA
                                                                                   455 Delta Ave., Suite 105
                                                                                   Cincinnati, Ohio 45226
                                                                                   (513) 252-2750
                                                                                   (513) 252-2751
                                                                                   mpinales@pinalesstachler.com
                                                                                   ccrouse@pinalesstachler.com

2

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a true and correct copy of the foregoing has been served via this Court's electronic filing system on all counsel of record on this 3rd day of November, 2015.

                              /s/ Candace C. Crouse
                              CANDACE C. CROUSE (0072405)