IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:15-CR-0012 |
| v. | Senior Judge Sandra Beckwith |
| CHRISTOPHER CORNELL<br>(a/k/a Raheel Mahrus Ubaydah) | **AGREED ORDER**<br>**REGARDING DIAGNOSTIC DATA** |

The parties agree and stipulate that the defendant's mental competency has been evaluated by mental health professionals on behalf of both the defendant and the government, with such evaluations including the administration of certain diagnostic tests. The parties agree that the raw data from the diagnostic tests should be exchanged with the parties and counsel to further the competency hearing.

Pursuant to the agreement of the parties, IT IS ORDERED that:

1. The mental health professionals involved in the competency evaluations of the Defendant must produce the raw data from the diagnostic tests of the defendant (including the Wechsler Adult Intelligence Scale-IV (WAIS-IV) and/or Wechsler Abbreviated Scale of Intelligence, Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF), Examination of Competency to Stand Trial-Revised (ECST-R), and MacArthur Competence Assessment Tool – Criminal Adjudication (MacCAT-CA). The raw data identified above must be produced to the attorneys in the case, as well as the other mental health professionals involved in the mental evaluation of the Defendant.

2. The material produced in accordance with this order shall be deemed subject to the Amended Protective Order in this case.

**SO ORDERED:**

Date: 4/11/16

*[signature]*
Senior Judge Sandra Beckwith
United States District Court
Southern District of Ohio

**SO STIPULATED:**

DATED: 4/8/2016

/s/ Martin Pinales
Martin Pinales, Esq.
Candace Crouse, Esq.
Counsel for Defendant

DATED: 4/8/2016

/s/ Tim S. Mangan
Tim S. Mangan, Esq.
Assistant United States Attorney
Counsel for United States of America