UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:15-CR-012 |
| Plaintiff, | : | |
| vs. | : | |
| Christopher Lee Cornell, | : | |
| Defendant. | : | |

**ORDER GRANTING THE GOVERNMENT'S CLASSIFIED IN CAMERA, EX PARTE MOTION PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.**