*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
*WESTERN DIVISION AT CINCINNATI*

**United States of America,**
     **Plaintiff**

**vs.**                                              Case No. 1:15-cr-12

**Christopher Cornell,**
     **Defendant**

**CRIMINAL MINUTES -** *Sentencing*
*(9:01 AM - 1:30 PM)*

U.S. ATTORNEYS PRESENT:   Timothy Mangan & Michael Dittoe

COUNSEL FOR DEFENDANT:   Martin Pinales & Candace Crouse

PROBATION OFFICER:        Laura Jensen

Defendant pleaded: **GUILTY**    Counts I, III, & IV

Pleas formally accepted by the Court    X

Defendant in custody pursuant to pretrial detention order    X

An appeal of sentence to be filed by the Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time    X

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

**PROCEEDINGS:** No objections to the Presentence Report.  Govt's Ex. I (DVD) played in open court (9:13 AM - 9:29 AM) - Exhibit admitted.  Deft. calls witness Dr. Scott Bresler (9:30 AM - 10:54 AM; 11:11 AM - 11:17 AM; 11:17 AM - 11:21 AM).  Sidebar held.  Family members make statement: John Cornell, Angel Cornell, John Cornell,  & Betty Cornell.  Government does not call any witnesses.

SENTENCE: 240 months imprisonment on Count I; 180 months imprisonment on Count IV with the first 120 months to run concurrent to Count I and 60 months to run consecutive to Count I; 60 months imprisonment on Count III to be served consecutive to Counts I & IV, followed by a lifetime of supervised release

Forfeiture of two rifles and approximately 600 rounds of ammunition

$300 special assessment; No fine

**Court Personnel**

**Honorable:**  Sandra S. Beckwith, Senior Judge
**Deputy Clerk:** Mary Brown
**Law Clerk:** Rachel Payne
**Court Reporter:** MaryAnn Ranz (Official)
**Date:** Monday, December 5, 2016