TRULINCS 72795061 - CORNELL, CHRISTOPHER - Unit: FAI-C-L

---

FROM: 72795061
TO:
SUBJECT:
DATE: 03/18/2018 01:50:09 PM

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

[1:15-cr-00012]
UNITED STATES OF AMERICA
v.
CHRISTOPHER CORNELL

LETTER TO JUDGE TIMOTHY S. BLACK IN REGARDS TO THE MISSING FIRST 17 DAYS OF INVESTIGATION

Dear Judge Timothy S. Black,

Now comes the defendant, Christopher Cornell ("Cornell"), in the above-entitled matter, and requesting from the Court any and all information and materials on this case [1:15-cr-00012] of the missing first 17 days from the FBI's investigation. Cornell was told by previous attorneys, Martin Pinales and Candace Crouse, the first 17 days of the investigation were missing, but never pursued by either of them. Cornell believes these first 17 days missing of the FBI's investigation are very important to this case and may tell us how might this case truly came about and what techniques might of been used [legally or even illegally] by the FBI. These missing first 17 days of the FBI's investigation can be beneficial for both the Court and Cornell's defense. These missing first 17 days of the FBI's investigation can also be detrimental to this case if not presented before this Court, because it could be hiding the facts to prove Cornell's innocence. By the prosecution withholding these missing first 17 days of the FBI's investigation this could be seen as an act of prosecutorial misconduct and so we wish for the Court to hold them to that if they decide to further withhold these missing first 17 days of the FBI's investigation.

WHEREFORE, it is respectfully requested that this Court provide Christopher Cornell [#72795-061] with the missing first 17 days of the FBI's investigation.

Christopher Cornell looks forward to a timely response.

By,
Christopher Cornell
#72795-061