Christopher Cornell
#72795-061
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey 08320

X-RAY
U.S. MARSHALS SERVICE

72795-061
U S District Court
Clerk
100 E 5TH ST       Suite #103
Cincinnati, OH 45202
United States

U.S. POSTAGE PAID
FAIRTON, NJ
08320
MAR 20, 18
AMOUNT
$0.00
R2305E125550-03