IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

[1:15-cr-00012]

UNITED STATES OF AMERICA
v.
CHRISTOPHER CORNELL

[MOTION TO DISMISS INDICTMENT]

Now comes the defendant, Christopher Cornell ("Cornell"), in the above-entitled matter, and moves that the indictment be dismissed as the exculpatory information/evidence of the FBI's investigation of the first 17 days that is favorable to Cornell's case is being withheld by the prosecution. The prosecution has a duty to disclose that exculpatory evidence/information to the defendant and by not doing so violated the defendant's due process rights.

As grounds therefore, defendant states that the manner in which the prosecution's withholding of such information violated the defendant's due process rights under the Fourteenth and Fifth Amendment which overall resulting in prosecutorial misconduct. Brady v. Maryland, 373 U.S. 83, s. ct. 1194 (1983).

Furthermore, Cornell states previous attorney's, Martin Pinales and Candace Crouse, told Cornell about the exculpatory evidence/information of the first 17 days of the FBI's investigation, but refused attempt of trying to obtain the information/evidence.

As ground therefore, the defendant states that counsel was ineffective.

WHEREFORE, defendant requests the indictment dismissed.

Christopher Cornell
#72795-061
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey 08320

MARIA LAFFERTY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 5/30/2018

Signed before me on 04/04/2018