Christopher Cowell
72795-061
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

72795-061
U S District Court
Clerk      Suite #103
100 E 5TH ST
Cincinnati, OH 45202
United States



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

FCI Fairton, P.O. Box

Dear

"The enclosed letter
opened or inspected
FCI has juris

RECEIVED
APR 10 2018
FCI FAIRTON, N
CORRECTIONAL SYSTEMS DEPARTMENT