TRULINCS 72795061 - CORNELL, CHRISTOPHER - Unit: FAI-C-L

⇔72795-061⇔
U S District Court
Clerk    Room #103
100 E 5TH ST
Cincinnati, OH 45202
United States

2018 JUL 23 PM 1: 13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

[1:15-cr-00012]
UNITED STATES OF AMERICA
v.
CHRISTOPHER CORNELL

DEAR JUDGE TIMOTHY S. BLACK,

Now comes the defendant, Christopher Cornell ("Cornell"), requesting to submit to this court his second medical record dating 05/09/05, 05/17/05, 06/07/05, 06/02/05, 07/07/05, 08/18/05 from ST. ALOYSIUS which will further be used to confirm Cornell suffering from mental illness since a young child. As reported in this medical record Cornell was diagnosed with "Oppositional Defiant Disorder". We hope for these two recently presented medical records to the court can and will be considered for Cornell's defense. Cornell will wait patiently for your response. Thank you so much.

Sincerely,

Christopher Cornell
#72795-061
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey 08320

Sworn to and subscribed
before me this
9th day of July, 2018

MARIA LAFFERTY
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2434555
My Commission Expires 5/30/2023