

# ST. ALOYSIUS

**Client Name:** Christopher Cornell

**Date of Birth:** 03/31/1994

**Dates of Service:** 05/09/05, 05/17/05, 06/07/05, 06/02/05, 07/07/05, 07/21/05, 08/18/05.

The client was seen at the Seton Family Center in 2005 for a total of 7 sessions.

Diagnosis (as noted in the record): 313.81, Oppositional Defiant Disorder.