72795-061
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey 08320

7016 0750 0001 0927 0937

&72795-061 &
U S District Court
Clerk Room #103
100 E 5TH ST
Cincinnati, OH 45202
United States

RECEIVED

JUL 11 2018

FCI FAIRTON, NJ
CORRECTIONAL SYSTEMS DEPARTMENT