# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE NO. 1:15CR00012** |
| vs. | : | **JUDGE TIMOTHY BLACK** |
| **CHRISTOPHER LEE CORNELL,** | : | **MOTION TO WITHDRAW AS COUNSEL** |
| **Defendant.** | : | |

Now comes undersigned counsel for the Defendant, Christopher Cornell, and moves the Court to permit him to withdraw from representation in this case.

In support of this Motion, counsel states that he was appointed to represent Defendant for the limited purpose of seeking whether Defendant was eligible for relief under *United States v. Davis*, 139 S. Ct. 2319 (2019). (Doc. # 204)  Counsel has completed the review pursuant to *Davis* and now respectfully requests to withdraw as counsel of record for Christopher Cornell.

                                                Respectfully Submitted,

                                                /s/Thomas W. Kidd, Jr.
                                                Thomas W. Kidd, Jr.
                                                Attorney for Defendant
                                                Kidd & Urling LLC
                                                8913 Cincinnati-Dayton Road
                                                West Chester, OH 45069
                                                (513) 733-3080/Fax (513) 731-7230
                                                tkidd@kiddurlinglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent this 26th day of June, 2020, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/Thomas W. Kidd, Jr.
                                                Thomas W. Kidd, Jr.
                                                Attorney for Defendant