

CLERK'S OFFICE OF THE
DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS

REASON CHECKED
☐ Unclaimed        ☐ Refused
☑ Attempted - Not Known
☐ Insufficient Address
☐ No Such Street        ☐ No Such Number
☐ No Such Office In State
☐ Do Not Remail This Envelope

RETURN TO SENDER
-NAME AND REGISTER NUMBER REQUIRED
-NAME AND REGISTER NUMBER DO NOT MATCH
-CAN NOT IDENTIFY BY NAME OR NUMBER
-UNAUTHORIZED INMATE TO INMATE CORRESPONDENCE
-NO RETURN ADDRESS
-OTHER _____

NIXIE    220    4C 1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
7206/26/24

REASON CHECKED
☐ Unclaimed        ☐ Refused
☑ Attempted - Not Known
☐ Insufficient Address
☐ No Such Street        ☐ No Such Number
☐ No Such Office In State
☐ Do Not Remail This Envelope

Christopher Lee Cornell #___ 061    L INSTITUTION

US POSTAGE
ZIP 45402