# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-cr-12 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Michael R. Merz |
| CHRISTOPHER LEE CORNELL *Nka Raheel Mahrus Ubaydah*, | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court on Defendant's Objections (Docs. 271, 274) to the Magistrate Judge's Report and Recommendations (Doc. 270) and Supplemental Report and Recommendations (Doc. 273) both of which recommended deferring consideration of Defendant's Motion for Relief from Judgment (Doc. 269) pending decision of Defendant's then-pending appeal to the United States Court of Appeals for the Sixth Circuit. The Reports reasoned that many of Defendant's 60(b) claims were grounded in argument that this Court had not complied with the Sixth Circuit's Remand Order and that the appellate court was best suited to decide those issues.

The Sixth Circuit has now decided the appeal, concluding that none of the issues raised by Cornell[1] would be debatable among jurists of reason and has denied him a

---

[1] Although the Sixth Circuit used Defendant's preferred new last name in its decision, it denied his motion to change his name in official records.

certificate of appealability on that basis (Order of Dec. 31, 2025, *Cornell v. United States*, Case No. 25-3494, copy at Doc. 280).  This Decision renders Defendant's first Rule 60(b) Motion (Doc. 269) **moot and it is denied** on that basis.  The Magistrate Judge's Report and Supplemental Report on that Motion and Defendant's Objections (Docs. 270, 273) are also **moot**.

Since the Sixth Circuit's decision, Defendant has filed a new Motion for Relief from Judgment under Fed.R.Civ.P. 60(b)(Doc. 281), this one directed to the Court's denial of compassionate relief.  For the reasons given at the Notation Order of June 25, 2025, denying Defendant's Motion for Compassionate Relief (Doc. 253), Defendant's Fed.R.Civ.P. 60(b) motion seeking relief from that Order (Doc. 281) is **DENIED**.

**IT IS SO ORDERED.**

Date:   3/12/2026

*s/Timothy S. Black*
Timothy S. Black
United States District Judge